**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1128

PAUL CHARLES BIRD, SR.,

        Debtor - Appellant,

      v.

SPECIALIZED LOAN SERVICING, LLC; BANK OF NEW YORK MELLON TRUST,

        Defendants - Appellees,

and

REBECCA ANNE HERR,

        Trustee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:21-cv-02224-GLR)

Submitted:  August 18, 2022                Decided:  August 22, 2022

Before WYNN, THACKER, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Paul Charles Bird, Sr., Appellant Pro Se.  Robert Harvey Hillman, SAMUEL I. WHITE PC, Rockville, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Charles Bird, Sr., seeks to appeal the district court's order dismissing as interlocutory his appeal from the bankruptcy court's order denying his challenges to the creditor's standing to file a motion for relief from the automatic stay and to the bankruptcy court's jurisdiction.   We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  *Bird v. Specialized Loan Servicing, LLC*, No. 1:21-cv-02224-GLR (D. Md. Jan. 11, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*